UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE *EX PARTE* APPLICATION OF THE UPPER BROOK COMPANIES FOR AN ORDER DIRECTING DISCOVERY IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 | Misc. Case No. 22-mc-97 (PKC)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that DEREK J.T. ADLER of Hughes Hubbard & Reed LLP, an attorney duly admitted to practice before this Court, hereby appears as counsel of record for Palladyne International Asset Management B.V. in the above-captioned action.

Dated: New York, New York
April 15, 2022

By: _____
Derek J.T. Adler

HUGHES HUBBARD & REED LLC
One Battery Park Plaza
New York, NY 10004-1482
Telephone (212) 837-6000
Fax: (212) 299-6086
Derek.adler@hugheshubbard.com

*Counsel for Palladyne International Asset Management B.V.*